*New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). He seeks to preserve his argument for further review.

*Apprendi* did not overrule *Almendarez–Torres. See Apprendi,* 530 U.S. at 489–90, 120 S.Ct. 2348; *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). This court must follow *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *Dabeit,* 231 F.3d at 984 (internal quotation marks and citation omitted). The judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that an appellee's brief not be required. The motion is GRANTED.

AFFIRMED; MOTION GRANTED.

Jeffrey Robert Haag, US Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Sammy Chavez, Seagoville, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Sammy Chavez has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Chavez has not filed a response to counsel's *Anders* brief. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sammy CHAVEZ, Defendant–Appellant.**

No. 03–11101.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus LOPEZ–GARCIA, Defendant–Appellant.**

No. 03–11170.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.